**SO ORDERED.**

**SIGNED** this 17th day of July, 2015.


UNITED STATES BANKRUPTCY JUDGE



___

C-13-16(FTP)
(Rev. 6/04)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **ORDER** |
| | ) | |
| Massey, Jonathan Bryce    xxx-xx-9016 | ) | No.  12-10347 C-13G |
| 2437 Hickory Avenue | ) | |
| Burlington, NC 27215 | ) | |
| | ) | |
| Debtor. | ) | |

  This case came before the Court for hearing on June 30, 2015, on the Motion filed by the Debtor for Entry of Discharge and Certification Regarding Plan Completion and the Objection to the Motion filed by John Murray.  All necessary parties having been given adequate notice of the Motion and hearing, at the hearing, the attorney for the Debtor appeared; John Murray appeared; Robert Price, Assistant Bankruptcy Administrator, appeared; and, the Trustee appeared.

  The Court finds after hearing on the Motion by the Debtor for Entry of Discharge and Certification Regarding Plan Completion and the Objection filed by John Murray that the Objection to the discharge should be overruled.  The Court further finds John Murray should be allowed 30 days from June 30, 2015, to file a Proof of Claim with documentation in the case and that the Debtor and the Trustee shall have 30 days after the filing of any such Proof of Claim to file an Objection to the Proof of Claim.  The Court further finds that if no Proof of Claim is filed by John Murray within 30 days of June 30, 2015, that the case shall proceed with closing; therefore, it is

  ORDERED that the Objection filed by John Murray to the Motion by the Debtor for Entry of Discharge and Certification Regarding Plan Completion is overruled; and, it is further

  ORDERED that John Murray is allowed 30 days from June 30, 2015, to file a Proof of Claim with documentation in the case and that the Debtor and the Trustee shall have 30 days after the filing of any such Proof of Claim to file an Objection to the Proof of Claim; and, it is further

    ORDERED that if no Proof of Claim is filed by John Murray within 30 days of June 30, 2015, the case shall proceed with closing.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
12-10347 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

ROBERT PRICE
ASST BANKRUPTCY ADMINISTRATOR
PO BOX 1828
GREENSBORO NC 27402

JOHNATHAN BRYCE MASSEY
2437 HICKORY AVENUE
BURLINGTON NC 27215

JOHN H BODDIE ESQ
1515 W CORNWALLIS DR STE 101
GREENSBORO NC 27408

JOHN MURRAY
3418 HUFFINE DRIVE
BURLINGTON NC 27215