```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

IN RE:    JONATHAN BRYCE MASSEY              )   Case No. B-12-10347
                                             )      Chapter 13G
          Debtor                             )

```
                     OBJECTION OF DEBTOR TO CLAIM
                           OF JOHN J. MURRAY
```

    The Debtor, by and through counsel, objects to claim number <u>9</u> of John J. Murray in the amount of $14,384.69. The claim and the documents attached to the claim show that Mr. Murray paid money for the benefit of his daughter and the daughter's business, The Positive Image, Ltd. The claim has no documentation to show that the Debtor is liable to Mr. Murray.

    Mr. Murray's daughter, who is called "Casey" in the proof of claim, is Catherine Massey, the Debtor's estranged spouse. The Debtor and Ms. Massey separated in 2011 prior to the filing of this case. Ms. Massey was listed as a creditor in the petition and did not file a claim in this case. Ms. Massey's divorce lawyer, Daniel Bullard, was listed as a creditor and did not file a claim. BB&T was listed as a creditor and filed two claims. Allegacy Federal Credit Union was listed as a creditor and filed a claim.

    The Positive Image, Ltd. filed Chapter 7 bankruptcy in the Middle District of North Carolina December 6, 2012, in case no. 12-11785. Catherine Massey signed the petition as the individual authorized to file the petition on behalf of the corporation. All assets of the corporation were abandoned by order of the Court. Mr. Massey does not have the corporate assets or have any claim to them.

    This the 30 day of July, 2015.

                                <u>s/John H. Boddie</u>
                                JOHN H. BODDIE
                                Attorney for Debtor
                                1515 W. Cornwallis Drive
                                Suite 101
                                Greensboro, NC 27408
                                (336) 379-0079

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

IN RE:    JONATHAN BRYCE MASSEY                )   Case No. B-12-10347
                                               )       Chapter 13G
          Debtor                               )

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the document(s) shown below upon

    ( ) all creditors shown on the attached matrix;  or
    (X) upon those parties listed below

by causing said document(s) to be deposited in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, or by electronic notice.

This the 30 day of July, 2015.

<u>s/John H. Boddie</u>
JOHN H. BODDIE
Attorney for Debtor
1515 W. Cornwallis Drive
Suite 101
Greensboro, NC 27408
(336) 379-0079


DOCUMENT(S) SERVED:

Objection of Debtor to Claim of John J. Murray

SERVED ON:

Anita Jo Kinlaw Troxler
Standing Trustee
Chapter 13 Office
Post Office Box 1720
Greensboro, North Carolina 27402

John J. Murray
3418 Huffines Dr.
Burlington, NC 27217